# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CHARLES JACKSON**                                                               **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 1:08-CV-178-SA-JAD**

**LOWNDES COUNTY SCHOOL DISTRICT**                         **DEFENDANT**

## ORDER

Pursuant to a Memorandum Opinion to be issued this day:

1) the Court grants Defendant's Motion for Summary Judgment as to Plaintiff's Title VII discrimination claim stemming from the failure to hire Plaintiff for the interim principal position;

2) the Court denies Defendant's Motion for Summary Judgment as to Plaintiff's Title VII discrimination claim relating to the failure to hire Plaintiff for the permanent principal position, Plaintiff's Section 1983 claims for alleged violations of Section 1981, and Plaintiff's Section 1983 claims for alleged violations of the Equal Protection Clause of the Fourteenth Amendment;

3) and the Court denies Defendant's Motion for Summary Judgment as to Plaintiff's consent decree claim, but the Court dismisses any cause of action premised upon the alleged violation of a consent decree without prejudice.

So ordered on this, the 6th day of January, 2010.

                                                                   **/s/ Sharion Aycock**
                                                                   **UNITED STATES DISTRICT JUDGE**